Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**SECT.H MAG. 2**

**24-2545**

CLARENCE J. ANGLIN

Case No. _____

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

New Residential Mortgage LLC, Newrez LLC,
Caliber Home Loans INC, Bank of America NA,
Navy Federal Financial Group LLC.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Clarence J. Anglin |
| Street Address | 9013 Olive Street |
| City and County | New Orleans |
| State and Zip Code | Louisiana, 70118 |
| Telephone Number | 208.570.5109 |
| E-mail Address | aboderentalprop@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                            SEE ATTACHED

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

RESPA 12 CFR Section 1024.35 Error Resolution Procedures

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Clarence J. Anglin , is a citizen of the State of *(name)* Louisiana .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* SEE ATTACHED , is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

SEE ATTACHED

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10/24/2024

Signature of Plaintiff

Printed Name of Plaintiff        Clarence J. Anglin

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

COMPLAINT FOR A CIVIL CASE ATTACHMENT

## I.    PARTIES TO THIS COMPLAINT

**The Defendants**

NEW RESIDENTIAL MORTGAGE LLC.
 C/O New Residential Investment Corporation
 1345 Ave of the Americas, 45th Floor
 New York, New York 10105

NEWREZ LLC.
 601 Office Center Dr. Suite 100
 Fort Washington, Pennsylvania 19034

CALIBER HOME LOANS INC.
 1525 South Belt Line Road
 Coppell, Texas 75019

BANK OF AMERICA N.A.
 100 North Tryon Street
 Charlotte, North Caralina 28255

NAVY FEDERAL FINANCIAL GROUP LLC.
 1007 Electric Avenue
 Vienna, Virginia 22180

## II.    BASIS FOR JURISDICTION – Diversity of Citizenship

### 2.  The Defendants

NEW RESIDENTIAL MORTGAGE LLC, is incorporated under the laws of the State of Delaware, and has its principal place of business in the State of New York.

NEWREZ LLC., is incorporated under the laws of the State of Delaware, and has its principal place of business in the State of Pennsylvania.

CALIBER HOME LOANS INC., is incorporated under the laws of the State of Delaware, and has it principal place of business in the State of Texas.

1 of 10

COMPLAINT FOR A CIVIL CASE ATTACHMENT

BANK OF AMERICA N.A., is incorporated under the laws of the State of North Caralina, and has its principal place of business in the State of North Caralina.

NAVY FEDERAL FINANCIAL GROUP LLC., is incorporated under the laws of Virginia, and has its principal place of business in the State of Virginia.

### 3. The Amount in Controversy

Damages in this matter exceed $75,000.00 between the $48,133.20 check, lost rental income in the amount of $41,400.00 in addition to other cost and fees associated with this litigation, including attorney fees should one become necessary.

## III.    SUMMARY OF FACTS – STATEMENT OF CLAIM

1. Clarence J. Anglin ("Mr. Anglin" – referencing himself and/or his authorized agent). purchased the property subject to this claim on or around December 31, 2020 and signed a contract in connection with the financing of the same.

2. The loan and its servicing was subsequently transferred to and serviced by CALIBER HOME LOANS INC. ("Caliber")

3. Mr. Anglin received insurance proceeds as a result of property damage sustained from Hurricane Ida.

4. Caliber held Mr. Anglin's insurance proceeds as required under contract.

5. The insurance proceeds were held in a restricted escrow account with BANK OF AMERICA N.A. ("BofA").

6. On or around December 12, 2021, Mr. Anglin designated for all claim correspondence and disbursements to be sent to 3400 S. Carrollton Ave #850636, New Orleans, LA 70118-4582.

7. Mr. Anglin's designation was done in writing, according to Caliber's procedures, and in compliance with his contractual obligations.

8. On or around October 25, 2022, Caliber issued check no 0000463439 in the amount of $48,133.20 ("$48k Check").

9. Caliber mailed the $48k Check it to 8700 Spruce Street, New Orleans, LA 70118 ("Spruce St.").

10.     Caliber did not provide any notice to Mr. Anglin that the $48k Check was mailed to Spruce St.

11.     Mr. Anglin did not receive the $48k Check.

12.     On or around December 16, 2022, after learning a check was mailed, Mr. Anglin notified Calibers Loss Drafts Department that he did not receive the $48k Check, that it was mailed to an unauthorized address, and he requested a stop payment be placed on the check and for it to be reissued.

13.     Nearly 4 weeks passed without any communication or correspondence from Caliber.

14.     When Mr. Anglin called to follow up on the replacement check, he was informed it wasn't reissued because the $48k Check was cashed.

15.     Caliber did not take any action to protect Mr. Anglin from loss between Mr. Anglin's December 16, 2022 notice and his subsequent follow up on or around January 11, 2023.

16.     On or around January 11, 2023, Mr. Anglin requested an investigation be opened, for the funds to be returned, , and a copy of the canceled $48k Check be sent to him.

17.     Mr. Anglin followed called Caliber to inquire several times throughout January 2023 and was informed there was a delay in getting a copy of the $48k Check and it was being reviewed by "corporate."

18.     Almost a month later, on February 2, 2023, the canceled $48k Check was postmarked and sent to Mr. Anglin.

19.     The canceled $48k Check was sent without explanation or other communication

with Mr. Anglin.

20.     Caliber closed its investigation without any additional action to protect Mr. Anglin's funds.

21.     The canceled $48k Check was altered in the pay to the order and it contained forged endorsements.

22.     The canceled $48k Check including the name Keenan Alexis which was not included when Caliber issued the $48k Check.

23.     The canceled $48k Check included an error in the spelling of Mr. Anglin's name which was not included when Caliber issued the $48k Check.

24.     Mr. Anglin contacted Caliber to insist a new investigation be opened and the check be reissued.

25.     Nearly two months later, on or around March 29, 2023, Caliber acknowledged the check was fraudulent.

26.     On or around March 30, 2023, a replacement check was sent to Mr. Anglin; however, the funds for this check were also debited from Mr. Anglin's restricted escrow account.

27.     Mr. Anglin was informed that corporate, legal, and/or the fraud department were continuing to work on getting the funds credited back to his restricted escrow account.

28.     Caliber did not take any action between February 2, 2023 and March 30, 2023 to protect Mr. Anglin's funds.

29.     Caliber would not provide any additional information, updates, or otherwise assist Mr. Anglin with getting his money back.

30.     Mr. Anglin called Caliber for months without any progress or assistance.

31.     On or around May 3, 2023, Mr. Anglin drafted a letter to Caliber's Customer

COMPLAINT FOR A CIVIL CASE ATTACHMENT

Service Fraud Unit.

32.    Caliber did not respond to Mr. Anglin's May 3, 2023 letter.

33.    Between March 30, 2023 and August 13, 2023, no action was taken by Caliber to protect Mr. Anglin's funds.

34.    Mr. Anglin was informed that Caliber was closing its investigation due to the number of days opened without resolution and that he was being forced by his supervisor to close the case.

35.    On or around August 13, 2023, Mr. Anglin filed a claim with the Consumer Financial Protection Bureau ("CFPB").

36.    On September 8, 2023 Caliber responded and requested Mr. Anglin complete a Fraud Statement of Claimant so it could dispute the $48k Check with BofA.

37.    On September 11, 2023, Mr. Anglin completed the requested form and provided it to Caliber within four days of its request.

38.    On October 1, 2023 Caliber transferred Mr. Anglin's loan New Residential Mortgage LLC and its servicing to Newrez LLC ("NewRez").

39.    On October 4, 2023 Caliber received a written request for error resolution. Caliber never responded to this letter.

40.    Mr. Anglin did not hear from either Caliber or NewRez for several weeks.

41.    After a couple of weeks, NewRez informed Mr. Anglin that BofA declined to reimburse the $48k Check.

42.    BofA's stated reason for declining to reimburse was a 60+ delay in making the dispute.

43.    NewRez stated it was moving forward with an appeal of that decision and further

inquiry.

44.    NewRez acknowledged the $48k Check was sent to an unauthorized address

45.    NewRez acknowledged it was responsible for ensuring the safe and timely delivery of the $48k Check.

46.    BofA moved forward with an investigation and its final determined was "no error" because the $48k Check was endorsed and it was not able to determine if the endorsement on the check was forged.

47.    NewRez stated this was because the $48k Check was endorsed, and it was not able to determine if the endorsement on the check was forged. NewRez also stated it would not reimburse any loss.

48.    A Loss Draft Specialist for NewRez, contacted Mr. Anglin to assist in reconciliation of the restricted escrow account as the information transferred did not match the balance in the restricted escrow account.

49.    The Loss Draft Specialist stated they only saw two checks issued but the balance of the restricted escrow suggested there was a third check.

50.    Mr. Anglin confirmed only two checks were received and negotiated by him and provided information on the fraudulent check he was not responsible for.

51.    The Loss Draft Specialist escalated the issue to management for determination. This inquiry delayed the distribution of undisputed insurance proceeds to Mr. Anglin.

52.    NewRez did not correct the error in the balance of Mr. Anglin's restricted escrow account and reaffirmed the decision to charge the restricted escrow account for the fraudulent item.

COMPLAINT FOR A CIVIL CASE ATTACHMENT

**NAVY FEDERAL CREDIT UNION:**

Errored When It Accepted a Third-Party Check for Deposit at Its ATM In the Amount of $48,133.20.

53.	As the Bank of First Deposit, NFCU has a duty to inspect the check at the time of deposit and detect alterations to the face of the check, to determine that the amount and type of the check is unusual for its banking customer, and/or otherwise take responsibility for the items it accepts for deposit.

54.	NFCU failed to safeguard against the known risk in accepting and processing the $48k Check through the ATM. NFCU, as the depository bank, failed to take reasonable steps to safeguard the loss incurred when it deposited the altered item

55.	NFCU failure resulted in the processing and fraudulent withdrawal of $48,133.20 from Mr. Anglin's restricted escrow account.

**BANK OF AMERICA:**

Bank of America Errored in Declining to Reimburse and Investigate Based on Delay in Giving Notice.

56.	BofA had a duty to investigate the $48k Check for fraud.

57.	BofA breached its duty when it declined to investigate due to a delay of over 60 days when Mr. Anglin provided notice as soon as possible and within 35 days of the $45k Check being presented for payment.

58.	BofA failure to investigate and recoup Mr. Anglin's funds caused damages as outlined above.

Bank of America Errored in Declining Reimbursement Based on a Finding of No Error Due to Unverifiable Signatures and Without Addressing Alterations to the Payee.

59.	BofA has a duty to fully investigate the $48k Check for fraud.

60.	Bank of America failure to verify Mr. Agnlin's signature using other samples in its records breaches that duty.

7 of 10

61.      Furthermore, it breached its duty in failing to acknowledge clear error in the alterations to the face of the $48k Check.

62.      BofA's breach caused damages to Mr. Anglin.

**CALIBER HOME LOANS :**

Errored in Failing to Exercise Its Duty of Care and Breached Its Contract by Sending Mr. Anglin's Insurance Proceed distribution to an Unauthorized Address.

63.      Caliber was under a contractual obligation to deliver Mr. Anglin's insurance proceeds distributions to the address of the property, unless an alternate address was designated by Mr. Anglin in writing. Under contract, FedEx mailing (mailing other than first class mail) are deemed received when actually delivered to the property address or designated address, if one.

64.      In sending the $48k Check to an address other than that designated by Mr. Anglin, Caliber breached its contract with Mr. Anglin and failed to exercise its duty of care in its distribution of funds from the restricted escrow account.

65.      This breach of contract caused damages to Mr. Anglin.

Errored in Failing to Exercise Its Duty of Care and Breached Its Contract by Sending Mr. Anglin's Insurance Proceed distribution to an Unauthorized Address.

66.      Caliber had a contractual obligation to ensure delivery of the $48k Check which is when the FedEx is delivered to the designated address.

67.      Caliber breached the contractual obligation by failing to ensure delivery of the item.

68.      This caused damage to Mr. Anglin.

Errored by Failing to Exercise Its Duty to Disclose All Relevant Information After Notification The $48k Check was Not Received.

69.      Caliber, had a fiduciary duty to disclose all relevant information to Mr. Anglin pertaining to the restricted escrow account.

70.    Caliber breached this duty after learning the $48k Check was cashed and failed to take any action to inform Mr. Anglin.

71.    This caused damage to Mr. Anglin.

Errored in Failing to Act Timely on the Information Provided to Protect Mr. Anglin's Interests.

72.    As the named account holder of the BofA restricted escrow account holding the funds of Mr. Anglin, Caliber had a duty to timely take all necessary action to protect the funds in Mr. Anglin's restricted escrow account.

73.    This duty was breached on the following occasions:

a. When it failed to take action after the first learning the $48k Check had been cashed and Mr. Anglin denied receipt.

b. When it failed to take action after the second request for investigation and look at the $48k Check.

c. When it failed to take action to credit the funds after it first determined fraud and reissuing a duplicate check and deducted a duplicate amount from Mr. Anglin's restricted escrow account.

74.    These breaches cause damage to Mr. Anglin.

Errored by Failing to Respond to Written Communication and in Transferring the Loan Without Resolution.

75.    Caliber had a duty to respond to Mr. Anglin's written request for error resolution.

76.    Caliber breached that duty when it failed to respond, resolve, or otherwise communicate with Mr. Anglin.

77.    This failure resulted in damage to Mr. Anglin.

**NEWREZ:**

Errored in Fraudulently Misrepresented the Facts to Gain a Financial Advantage.

78.    NewRez was dishonest in the information provided to Bank of America associated with the $48k Check fraudulently cashed.

79.    Furthermore, NewRez was dishonest in its communication with him regarding the reason BofA declined to credit back the funds associated with the check.

80.    NewRez acted with the intent to deceive and deliberately misrepresent facts and information with the intent to gain an unauthorized financial advantage in a situation when it knew the $48k Check was fraudulently altered, knew its and Caliber's failure to act resulted in BofA declining to credit back the funds, and willfully disregarded the truth in order to avoid responsibility. When it adopted BofA's finding of "no error," and without further explanation or information, used it as a shield to absolve it of liability.

81.    NewRez engaged in fraudulent misrepresentation in providing information to BofA or it engaged in fraudulent misrepresentation when it communicated those findings to Mr. Anglin, or both.

82.    Fraudulent misrepresentation of facts were made knowingly and with the intent Mr. Anglin would rely on them and accept the $48,133.20 loss.

**IV.    Relief**

Any and all damages available in law and equity, including but not limited to actual, compensatory, damages, statutory damages, punitive damages This includes lost rental income, lost interest, lost opportunity, attorney fees should they become necessary, the amount of the fraudulent check ($48,133.20) debited in error, all cost and expenses incurred in litigation, and any other amounts available to be claimed and awarded in connection with litigation of this matter.

## eFile-ProSe

**From:**          systems_unit@laed.uscourts.gov on behalf of Do Not Reply
                   <do_not_reply@laed.uscourts.gov>
**Sent:**          Thursday, October 24, 2024 10:51 PM
**To:**            eFile-ProSe
**Subject:**       New EDSS Filing Submitted

A new EDSS Filing has been submitted. The filing was submitted on Thursday, October 24, 2024 - 22:50 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Clarence J Anglin

Filer's Email Address: aboderentalprop@gmail.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 9013 Olive Street

Filer's Phone Number: 2085705109

Case Number (if known):

Case Name:

Document 1 Description: Complaint

Document 2 Description:

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

1

**eFile-ProSe**

**From:**          systems_unit@laed.uscourts.gov on behalf of Do Not Reply
                   <do_not_reply@laed.uscourts.gov>
**Sent:**          Thursday, October 24, 2024 10:53 PM
**To:**            eFile-ProSe
**Subject:**       New EDSS Filing Submitted

A new EDSS Filing has been submitted. The filing was submitted on Thursday, October 24, 2024 - 22:52 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Clarence J Anglin

Filer's Email Address: aboderentalprop@gmail.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 9013 Olive Street, New Orleans, LA 70118

Filer's Phone Number: 2085705109

Case Number (if known):

Case Name:

Document 1 Description: Summons

Document 2 Description: Summons

Document 3 Description: Summons

Document 4 Description: Summons

Document 5 Description: Summons

Please keep this email for historical records.

1

## eFile-ProSe

**From:**          systems_unit@laed.uscourts.gov on behalf of Do Not Reply
                   <do_not_reply@laed.uscourts.gov>
**Sent:**          Thursday, October 24, 2024 10:54 PM
**To:**            eFile-ProSe
**Subject:**       New EDSS Filing Submitted

A new EDSS Filing has been submitted. The filing was submitted on Thursday, October 24, 2024 - 22:53 from IP Address 10.164.8.193

Submitted values are:

Filer's Full Name: Clarence J Anglin

Filer's Email Address: aboderentalprop@gmail.com

Filer's Mailing Address (Street, Apt/Suit No., City, State, Zip): 9013 Olive Street, New Orleans, LA 70118

Filer's Phone Number: 2085705109

Case Number (if known):

Case Name:

Document 1 Description: Civil Cover Sheet

Document 2 Description:

Document 3 Description:

Document 4 Description:

Document 5 Description:

Please keep this email for historical records.

1